UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

CCO-105

No. 22-1202

In re: W.R. GRACE & CO.,
Reorganized Debtors

GARY SMOLKER,
Appellant

(D. Del. No. 1-21-cv-00460)

Present: GREENAWAY, JR., Circuit Judge

1. Motion by Appellant for Eighty-Three (83) Day Extension of Time to File Brief and Appendix Until October 17, 2022

Respectfully,
Clerk/CJG

_____ORDER_____

The foregoing motion is granted.

By the Court,

s/Joseph A. Greenaway, Jr.
Circuit Judge

Dated: August 26, 2022
CJG/cc:   Roger J. Higgins, Esq.
          Laura D. Jones, Esq.
          James E. O'Neill, III, Esq.
          Gary Smolker