

UNITED STATES COURT OF APPEALS
FOR THE THIRD DISTRICT

Case Number 22-1202

| | | |
|---|---|---|
| W. R. Grace & Co, et al. | ) | |
|    Reorganized Debtors. | ) | |
| ------------------------------ | ) | |
| GARY SMOLKER | ) | |
|    Appellant, | ) | |
| v. | ) | Docket Nos. 3, 15, 17, and 19 |
| W.R. GRACE & Co, et al. | ) | |
|    Appellees. | ) | |
| | ) | |
| _____ | ) | |

APPELLANT GARY SMOLKER'S
FOURTH APPLICATION FOR ADDITIONAL TIME TO FILE
APPELLANT'S OPENING BRIEF IN CASE NO. 22-1202;
MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION
OF GARY SMOLKER ("APPEALANT SMOLKER") CERTIFICATION
OF WORD COUNT; CERTIFICATE OF SERVICE

Gary Smolker
16055 Ventura Blvd., Suite 525
Encino, California 91436-2609
Cell Phone: 310-749-9735 // Office Phone 818-788-7290 // Fax: 818-990-9888
Email: GSmolker@aol.com

**APPLICATION - RELIEF SOUGHT**

APPELLANT GARY SMOLKER ("APPELLANT SMOLKER") requests that the Court extend the current deadline for filing Appellant's Opening Brief 85 days, from December 30, 2022 (current deadline) to March 25, 2023 (new deadline).

APPELLANT SMOLKER was told by Interventional Radiologist Satoshi Tateshima, MD (TATESHIMA") on October 12, 2022 that the vessels in APPELLANT SMOLKER'S brain are so constricted (narrow) that he needs stents installed in many vessels, but the length of the restriction in the restricted vessels is so long that it would be too dangerous to insert stents in the constricted vessels. See Exhibit "1."

TATESHIMA performed a cerebral angiogram on APPELLANT SMOLKER on October 12, 2022.

A written report was sent to APPELLANT SMOLKER'S Primary Care Physician Neal Shanblatt, MD ("SHANBLATT") on October 14, 2022. (See Exhibit "1") and provided to APPELLANT SMOLKER by SHANBLATT on December 12, 2022.

On the one hand APPELLANT SMOLKER was told by Internist SHANBLATT, and by Neurologist Dr. Valeri G. Yarema, MD ("YAREMA") and Cardiologist Munaf A. Shamji, MD ("SHAMJI") to not eat sugar; that eating sugar could kill APPELLANT SMOLKER and/or cause APPELLANT SMOLKER to have another heart attack, and/or cause APPELLANT SMOLKER to have another stroke, and/or to cause APPELLANT SMOLKER to have diabetes.

On the other hand, TATESHIMA, and neurologist Dr. Latisha Sharma, MD ("SHARMA"), and Neurologist Fellow Dr. Kagon, MD who work at the UCLA Stroke Clinic told APPELLANT SMOLKER that it would be all right to eat sugar, APPELLANT SMOLKER does not have to worry about eating sweets because APPELLANT SMOLKER is not overweight and APPELLANT SMOLKER'S A1c level is at a good level for a 76 year old man.

On December 13, 2022, APPELLANT SMOLKER had a one hour consult with UCLA Nutritionist Dr. Vijaya Surampudi, MD ("VJ") at UCLA Medical School's Iris Cantor Woman's Health Center.

APPELLANT SMOLKER had begun trying to get an appointment to see VJ on September 28, 2022.

2

During the consult VJ told APPELLANT SMOLKER that the primary nutrition issue for APPELLANT SMOLKER to focus on in order to prevent having another heart attack or stroke, and/or diabetes is not sugar, it is protein. VJ told APPELLANT SMOLKER that he is probably not eating enough protein.

At the end of the one hour consult APPELLANT SMOLKER wrote up the notes he had taken at the meeting with VJ and then sent that write-up to VJ to make sure APPELLANT SMOLKER had heard and understood what VJ told him during the consultation.

Then APPELLANT SMOLKER took pictures of everything in APPELLANT SMOLKER'S refrigerator and freezer to send to VJ to enable her to work out (design) a precise nutritional diet plan for APPELLANT SMOLKER to follow.

But before APPELLANT SMOLKER sent those photographs to VJ, APPELLANT SMOLKER'S refrigerator and freezer stopped working.

Two of APPELLANT SMOLKER'S neighbors attempted to fix APPELLANT SMOLKER'S refrigerator and freezer. They failed. While they tried to fix APPELLANT SMOLKER'S refrigerator and freezer the meat in the refrigerator and freezer rotted, and the vegetables in the refrigerator rotted and got moldy. The smell of the rotted meat was obnoxious.

APPELLANT SMOLKER then threw away all the meat and vegetables that were in his refrigerator and in his freezer.

APPELLANT SMOLKER had bought this refrigerator, a Whirlpool refrigerator, from BestBuy in April 2022, and had bought an extended warranty at the same time. APPELLANT SMOLKER called BestBuy to have an appliance specialist come to his home to repair his refrigerator and freezer which were not working.

As of today, APPELLANT SMOLKER does not have a working refrigerator or freezer. APPELLANT SMOLKER has not had a working refrigerator/freezer since December 18, 2022.

An appliance repairman came to APPELLANT SMOLKER'S home two days ago (on December 28) while APPELLANT SMOLKER was absent. APPELLANT SMOLKER did not know he was on his way to APPELLANT SMOLKER'S home or that he had arrived. APPELLANT SMOLKER arrived at his home a few

3

minutes after the repairman had left. APPELLANT SMOLKER called the repairman and requested that the repairman return. The repairman said he could not return because he was on his way to his next service call. The serviceman advised APPELLANT SMOLKER to make another appointment for repair of SMOLKER'S refrigerator and freezer.

APPELLANT SMOLKER had a stroke in November 2021 which paralyzed his left side and has been going to physical therapy since December, 2021. On December 28, 2022 (the same day the repairman was supposed to fix SMOLKER'S refrigerator/freezer) at the end of APPELLANT SMOLKER'S physical therapy session he was informed that a Physical Therapy Progress Note dated 12/15/2022 had been faxed to YAREMA but had not been signed and returned by YAREMA yet.

APPELLANT SMOLKER immediately went to his law office in Encino and called YAREMA'S office to inquire if YAREMA had received the 12/15/22 Physical Therapy Progress Note. YAREMA'S secretary told APPELLANT SMOLKER they had not received a 12/15/22 Physical Therapy Progress Note. APPELLANT SMOLKER immediately faxed a copy of the 12/15/22 Physical Therapy Progress Note to YAREMA'S office.

APPELLANT SMOLKER has been diagnosed as having Sleep Apnea. APPELLANT SMOLKER has been told and has read that Sleep Apnea can kill a person by causing a person to suffocate in his/her sleep, and/or causing a person to have a heart attack and/or to have a stroke and that having Sleep Apnea can cause a person to have diabetes. Having Sleep Apnea concerns APPELLANT SMOLKER

In order to minimize the risk of Sleep Apnea causing APPELLANT SMOLKER to have another heart attack and/or another stroke, or to die of suffocation while asleep at night or to cause APPELLANT SMOLKER to have diabetes, APPELLANT SMOLKER is under the care of pulmonologist Dr. Gerald Markovitz, MD ("MARKOVITZ").

While under the care of MARKOVITZ, upon the advice of MARKOVITZ, APPELLANT SMOLKER has been using CPAP equipment.
The purpose of the CPAP equipment is to cause a constant flow of oxygen under positive pressure into APPELLANT SMOLKER'S airways so that APPELLANT SMOLKER will not have his nighttime sleep disturbed by grasping for air while his airways are constricted preventing the flow of oxygen (air) into APPELLANT SMOLKER'S lungs.

4

On October 26, 2022, while under the care of MARKOVITZ, APPELLANT SMOLKER had a Nocturnal Oximetry Study performed to determine the amount of oxygen in APPELLANT SMOLKER'S blood (Saturated Oxygen level/SpO2) while he slept.

A report summarizing the results of that study (Pulse Oximetry – Summary Report) was sent to MARKOVITZ on November 16, 2022.

That report indicates APPELLANT SMOLKER had 6.3 minutes where the saturated oxygen level in his blood (SpO2) was under 88% and the saturated oxygen level in his blood (SpO2) is 99% when he is awake. See Exhibit "2".

The report states: *"It appears that the patient may qualify for Nocturnal Oxygen per Medicare guidelines; please inquire with respiratory company for Coverage Guidelines for Group 1."* Group1 is *"an SpO2 at or below 88%, for at least 5 minutes during sleep who's SpO2 level is at or above 89% while awake."* See Exhibit "2".

On September 28, 2022, APPELLANT SMOLKER requested MARKOVITZ to order a Nocturnal Oximetry Study on the advice of Respiratory Therapist Joey Cordero.

The Oximetry Report indicates APPELANT SMOLKER needs supplemental nocturnal oxygen. If cells in the body do not get oxygen they die, the muscles or organs associated with the cells die too; i.e., if a person's brain cells do not get oxygen the part of the brain associated with those cells stops functioning and one has a stroke; if the cells associated with a person's heart do not get blood, the part of the heart deprived of blood ceases to function, either heart failure or a heart attack ensues.

It is necessary to have a Sleep Study to determine the correct settings of supplemental nocturnal oxygen equipment. Although, APPELLANT SMOLKER requested MARKOVITZ to order such a study, such a study has not been ordered.

The measure of the effectiveness of CPAP equipment is a number derived by a formula, that number is denoted AIH.

Monthly compliance and therapy reports are supposed to be generated by Lincare from data transmitted to Lincare from APPELLANT SMOLKER'S CPAP

5

equipment. These reports state the AIH number for each hour for each day of the report period. From such information it can be determined if APPELLANT SMOLKER'S CPAP equipment is working effectively/properly.

AIH numbers appear on a screen on APPELLANT SMOLKER'S CPAP machine all night long. The AIH numbers which appear on the screen of APPELLANT SMOLKER'S CPAP machine indicate the CPAP equipment is not doing its job and the CPAP machine's settings need to be adjusted or another therapy initiated.

Respiratory Therapist Joey Cordero advised APPELLANT SMOLKER to ask MOSKOVITZ to order an new sleep study to determine if the CPAP machine settings can be or need to be adjusted to properly deal with APPELLANT SMOLKER'S Sleep Apnea and to determine the settings of supplemental nocturnal oxygen supply equipment, if appropriate. APPELLANT SMOLKER passed that advice on to MARKOVITZ.

MARKOVITZ, through an email sent by his nurse Jennifer to APPELLANT SMOLKER on December 23 stated: *"Per Dr. Markovitz he would need to review the most recent 30 day compliance report from Lincare to de3termine another sleep study order. We will request the report from Lincare."*

Per email sent from MARKOVITZ'S nurse Jennifer, on December 28, 2022, APPELLANT SMOLKER was informed: *"I sent an email to you on the 23rd to let you know he would not order one until he received your most recent 30 day compliance report in order to determine another sleep study. I spoke to Lincare yesterday and they said they spoke to you and that your machine was not working properly as the last report they have is from October. Lincare said once that issue was resolved they would send the compliance report to us. After Dr. Markovitz receives and reviews the report, I will reach out to you about next steps."*

APPELLANT SMOLKER has been diagnosed as having prostate cancer and an enlarged prostate and has been diagnosed as having skin cancer. APPELLANT SMOLKER is under the care of two urologists for his prostate cancer, enlarged prostate, and related prostate issues. APPELLANT SMOLKER is under the care of a dermatologist for his skin cancer and skin cancer issues.

APPELLANT SMOLKER is under "active surveillance" by urologist Dr. Dudley Danoff, MD ("DANOFF"). On December 14, APPELLANT SMOLKER'S blood was drawn, various probes were inserted in his anus to conduct various test

procedures, and he was thoroughly examined by DANOFF to determine if the prostate cancer had spread to other parts of APPELLANT SMOLKER'S body.

DANOFF reported all is "well" the cancer has not spread, come back for another exam in four months.

APPELLANT SMOLKER has various physical disabilities as a result of the stroke he suffered in November, 2021 which are being addressed by physical therapy. It has been determined it is medically necessary for APPELLANT SMOLKER to continue physical therapy twice a week for at least the next ten weeks. APPELLANT SMOLKER will be taking physical therapy twice a week for the next 10 weeks.

It appears that APPELLANT SMOLKER has at least two serious pathologies (Sleep Apnea and Need for supplemental nocturnal oxygen) that need treatment, but are not getting proper treatment.

APPELLANT SMOLKER has been self-absorbed taking care of his health since the last extension of time was granted by the Court on October 17, 2022.

Substantially all of APPELLANT SMOLKER'S time has been consumed preparing for appointments with MDs, preparing got medical tests, taking medical tests, corresponding with MDs, meeting with MDs, taking tests prescribed by MDs, attending physical therapy sessions, meeting with and talking to his respiratory therapist on the phone, meeting with and talking to Lincare employees, filling prescriptions, trying to get his broken refrigerator fixed, throwing away the rotten meet in his refrigerator and in his freezer, throwing away the rotten and moldy vegetables in his refrigerator, cleaning his refrigerator and his freezer, and also doing necessary construction and repair work in his home.

APPELLANT SMOLKER'S health concerns have not improved enough for APPELLANT SMOLKER to devote the time the brief and appendix require.

APPELLANT SMOLKER had hoped his health concerns would lessen. Instead APPELLANT SMOLKER'S health concerns have become greater since the court granted the last extension to file brief on October 17, 2022. It seems like APPELLANT SMOLKER'S pulmonologist and cardiologist has not done what they should have done. APPELLANT SMOLKER'S respiratory company Lincare certainly has not done what it should have done.

APPELLANT SMOLKER does not know when Lincare will fix the CPAP machine or start generating the 30 day compliance reports.

APPELLANT SMOLKER does not know when or if he will be given supplemental nocturnal oxygen supply.

APPELLANT SMOLKER has not spent and has not been able to spend any time preparing APPELLANT SMOLKER'S Opening Brief or Appendix since October 17, 2022.

APPELLANT SMOLKER asked Grace's Attorneys of Record to agree to an 85 day extension. Grace's attorney Higgins replied, *"In view of this being a holiday week, my client is not available until next week. So Grace cannot take a position until then on your fourth request for extension to file."*

Functionally, APPELLANT SMOLKER needs at least 85 days, if APPELLANT SMOLKER does not undergo any more interventional medical procedures or another stroke or another heart attack, and AIH issues and supplemental nocturnal oxygen supply issues are resolved, and his refrigerator is promptly fixed or replaced, to prepare and file his APPELLANT'S Opening Brief and Index.

This is APPELLANT SMOLKER'S Forth Application for Extension of Time to File Opening Brief and Appendix. Each of APPELLANT SMOLKER'S Applications for Extension of time were due to new and/or continuing health issues some of which were exacerbated by the passage of time and/or stress.

APPELLANT SMOLKER requests an order granting APPELLANT SMOLKER until March 25, 2023 (an additional 85 days) to serve and file his Opening Brief and Appendix.

## REASONS REQUESTED EXTENSION IS NECESSARY

APPELLANT SMOLKER has heart disease.

APPELLANT SMOLKER had a heart attack on September 13, 2013.

APPELLANT SMOLKER had a stroke on November 14, 2022.

APPELLANT SMOLKER had a stroke on November 14, 2021.

8

APPELLANT SMOLKER has Sleep Apnea.

APPELLANT SMOLKER might need supplemental nocturnal oxygen supply,

APPELLANT SMOLKER might be pre-diabetic.

APPELLANT SMOLKER has prostate cancer and an enlarged prostate.

## **CONCLUSION**

For each and all of the reasons set forth herein, and as a matter of justice, reasonableness and judicial efficiency, APPELLANT SMOLKER respectfully requests an extension of time to file and serve Appellant's Opening Brief and Appendix (an additional 85 days) and that this motion be granted in its entirety.

Dated: December 30, 2022            Respectfully submitted,

*[signature]*

Gary Smolker, Appellant in Pro Per
16055 Ventura Blvd., Suite 525
Encino, California, 91436-2609
Cell Phone: 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// Office Phone: 818-788-7290//Fax: 818-990-9888

**MEMORANDUM OF POINTS AND AUTHORITIES**

Legal Argument

*"For good cause shown the court may enlarge the time to do any act or permit an act to be done after expiration of deadline on appeal."* Federal Rules of Appellate Procedure 26 (b).

Extending Time to File Appellant's Opening Brief and Index

The requested filing date for Appellant's Opening Brief of March 25, 2023 was arrived at by assuming APPELLANT SMOLKER would not need to have one or more stents installed in one or more blood vessels in APPELLANT SMOLKER'S brain because it is too risky, that APPELLANT SMOLKER would not have another stroke or have another heart attack; that APPELLANT SMOLKER will not need radiation to treat his prostate cancer or need removal of his prostate or surgery on his prostate; that APPELLANT SMOLKER will continue to take physical therapy twice a week, and attend additional medical appointments to monitor the condition of APPELLANT SMOLKER'S health and the appropriateness of medicines prescribed.

As of this pleading, APPELLANT SMOLKER does not anticipate requesting further extensions.

APPELLANT SMOLKER will make every effort to file and served Appellant's Opening Brief at the earliest time between now and the period of extended time requested in this Motion.

**CONCLUSION**

For all the reasons stated above the Court should grant APPELANT SMOLKER'S motion in its entirety.

Dated: December 30, 2022          Respectfully submitted,

*/s/ Gary Smolker/*

Gary Smolker, Appellant in Pro Per
16055 Ventura Blvd., Suite 525Encino, California 91436-2609
Cell Phone: 310-749-9735// Office Phone: 818-788-7290//Fax: 818-990-9888

## CERTIFICATION OF WORD COUNT

Per Federal Rules of Appellate Procedure ("FRAP") the instant motion complies with the typeface and type styles requirements of FRAP Rules 32 (a) (5) and 32 (a) (6) and the length limits of FRAP Rule 27 (d) (2) (
A). The text of this entire motion (pleading) does not exceed 3,800 words

*/s/ Gary Smolker*

Gary Smolker

Certificate of Service

A separate copy of this document was sent on December 30, 2022 via US Mail and also via email to each of the three attorneys representing adverse parties W.R. Grace & Co., Reorganized Debtors, as follows:

James E. O'Neill: joneill@pszjlaw.com
Laura Davis Jones: ljones@pszjlaw.com
Roger J. Higgins: rhiggins@rogerhigginslaw.com


James E. O'Neill, Esq  Laura Davis Jones, Esq.
Pachulski Stang Ziehl & Jones, LLC
919 N. Market Street. – 17th floor
Wilmington, DE 19899

Laura Davis Jones, Esq.
Pachulski Stang Ziehl & Jones, LLC
919 N. Market Street. – 17th floor, Wilmington, DE 19899

Roger Higgins, Esq.
Law Offices of Roger Higgins, LLC
516 North Ogden Ave., Suite 136
Chicago, Illinois 60642

And the original of this pleading was delivered to Federal Express for priority overnight delivery to
United States Court of Appeals
For the Third Circuit
601 Market Street, Room 21400
Philadelphia, PA 19106-1790

_____
Gary Smolker

## **DECLARATION OF GARY SMOLKER**

I, Gary Smolker, declare:

1. On October 17, 2022 the Court granted my motion to allow me additional time to file my Opening Brief and Appendix until December 30, 2022.

2. Exhibit "1" attached hereto is a true and accurate copy of a Progress Note from UCLA Health Division of Interventional Neuroradiology regarding the Cerebral Angiogram procedure performed on me October 12, 2022, which was given to me by SHANBLATT in his office on December 18, 2022 during a consultation with me.

3. Exhibit "2" attached hereto is a true and accurate copy of a Pulse Oximetry – Summary Report delivered to MARKOVITZ on November 16, 2022 by VirtuOx, Inc.

4. All statements made by me in the attached Application for more time to file Appellant's Opening Brief and Appendix are true.

In my opinion I have asked for a reasonable amount of time to prepare, file and serve my Appellant's Opening Brief and Appendix.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration was executed on December 30, 2022 at Encino, California.

_____
Gary Smolker



**Confidential Information Enclosed**

**IR IMG RRH**  October 24, 2022
757 WESTWOOD PLAZA
LOS ANGELES CA 90095-8358

FROM: Pennye Delores Monk
Fax:
Phone:

TO: Neal Shanblatt, MD
1304 15TH ST SUITE 402
SANTA MONICA CA 90404
Fax: 310-451-0202
Phone: 310-451-0111

**IMPORTANT WARNING:** These documents are intended for the use of the person or entity to which it is addressed and may contain information that is privileged and confidential, the disclosure of which is governed by applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this information is STRICTLY PROHIBITED. If you have received this communication in error, please immediately notify us by telephone at **310-794-8638** and return this original message or destroy it.

EXHIBIT "1"

RONALD REAGAN UCLA MEDICAL CENTER
757 WESTWOOD PLAZA
LOS ANGELES CA 90095-8358

Health

**Smolker, Gary S**

Smolker, Gary S
MRN: 6016796, DOB: 11/5/1945, Sex: M
Adm: 10/12/2022, D/C: 10/12/2022

MRN: 6016796

| Tateshima, Satoshi, MD | Progress Notes | Date of Service: 10/12/22 1320 |
| Physician | Signed | Creation Time: 10/13/22 0849 |
| Radiology - Interventional | | |

The patient is 76yo male with intracranial atherosclerosis, pontine stroke, and basilar trunk stenosis on MRA. He underwent catheter angiography today, which showed 1) eccentric long basilar artery plaque with a focal 70% non-hemodynamic stenosis, 2) critical hemodynamic short segmented stenosis of a duplicate right MCA at its origin, 3) diffuse intracranial atherosclerosis, 4) carotid bulb plaque.

As for the indication of PTA / stenting for the basilar occlusion, it is not challenging from technical stand point: relatively easy lesion cross as the stenosis lies in the inner curvature, and short segmented stenosis. However, a long stent would have to be used to cover the entire plaque so the risk of perforator occlusion due to procedure related plaque shift becomes much higher. His pontine stroke is a result of perforator occlusion by the plaque itself, not a result of the focal stenosis. Therefore, the best treatment at this point is medical management with a back up option of intracranial PTA / stenting.

For the right duplicate MCA hemodynamic stenosis, PTA / stenting is challenging. Also, a stent would have to be placed from the duplicate MCA down to the ICA jailing the main trunk of ICA & MCA. Given the duplicate MCA feeds the relatively-silent area, the risk outweighs the benefit.

He is currently treated with full dose of statin and DAPT (Plavix and baby aspirin). I suggest switching baby aspirin 81mg per day to cilostazol (Pletal) 50mg twice a day based on this angiogram and the results from CSPS II and CSPS.com studies. Also, suggested is follow up brain MRA in 6 months to monitor the intracranial stenoses.

PLAN
1. Continue medical management
2. Continue Plavix 75mg per day
3. D/C baby aspirin and start cilostazol 50mg twice a day
4. Follow up 6 months brain MRA (3T, CE)

Signed by Tateshima, Satoshi, MD on 10/13/22 0908

Admission (Discharged) from IR ANGIOGRAM CEREBRAL on 10/12/2022

Note shared with patient

# VirtuOx

Reading ID: 5278626
Session ID: 23920307
IDTF Upload Date: 10/31/2022

## Pulse Oximetry - Summary Report

**Patient Information**
GARY SMOLKER
16055 VENTURA BLVD STE 625
ENCINO, CA 91436
Phone: (310) 749-9735
Gender: Male
Date of Birth: 11/05/1945

**Physician Information**
GERALD MARKOVITZ
11600 WILSHIRE BLVD STE 512
LOS ANGELES, CA 90025
Phone: (310) 473-5087
Fax: (310) 479-5462
NPI: 1992766426

**Provider Information**
LINCARE INC. - CHATSWORTH, CA
21821 Plummer Street
Chatsworth, CA 91821
Phone: (818) 504-9010
Fax: (818) 504-9185

Start: 10/26/2022 10:06:24 PM
End: 10/27/2022 6:23:29 AM
Test Condition: Overnight on Room Air  on CPAP on O2
Duration: 8:17:05

### SpO2 Data
| | |
|---|---|
| Time ≤ 88% | 6.3 MIN |
| Time ≤ 89% | 8.2 MIN |
| High SpO2 | 99.0% |
| Low SpO2 | 80.0% |
| Basal SpO2 | 95.2% |
| Delta SpO2 | 12.6 MIN |
| Time consecutive ≤ 88% | 0.7 MIN |
| Awake SpO2 | 99.0% |
| Artifact events | 0.2 MIN |

### SpO2 ODI Data
| | |
|---|---|
| Oxygen Desaturation Events (3%) | 223 |
| Oxygen Desaturation Index (ODI) | 26 |

A desaturation event is defined as a decrease in SpO2 ≥ 3 percentage points within a 3 minute window of onset.

### Pulse Data
| | |
|---|---|
| High pulse | 89.0 BPM |
| Low pulse | 53.0 BPM |
| Average Pulse | 61.0 MIN |
| Bradycardia time | 204.0 MIN |
| Percent time in Bradycardia | 42.4% |
| Tachycardia time | 0.0 MIN |
| Percent time in Tachycardia | 0.0% |
| Artifact events | 0.2 MIN |

### Considerations
**Oxygen**
It appears this patient may qualify for Nocturnal Oxygen per Medicare guidelines; please inquire with respiratory company for Coverage Guidelines for Group I.

**RECEIVED NOV 16 2022**
11/17/22
Gerald H. Markovitz, M.D., Inc.

### Medicare / Private Insurance Qualifications:
Group I: An SpO2 at or below 88 percent, for at least 5 minutes taken during sleep who's SpO2 is at or above 89 percent while awake
Group I Delta: A decrease in SpO2 of more than 5 percent from basal SpO2, for at least 5 minutes with symptoms or signs to hypoxemia
Group II: An SpO2 of 89 percent during sleep for at least 5 minutes with any of the following: 1) Dependent edema suggesting congestive heart failure, or 2) Pulmonary hypertension or cor pulmonale, determined by measurement of pulmonary artery pressure, gated blood pool scan, echocardiogram, or "P" pulmonale on EKG (P wave greater than 3 mm in standard leads II, III, or AVF), or 3) Erythrocythemia with a hematocrit greater than 56 percent.



Oximeter: VPOD Ultra   Serial #: 11

EXHIBIT "2"

VirtuOx, Inc.   Private and Confidential   Page 1 of 1

ORIGIN ID:VNYA (818) 788-7290
GARY SMOLKER
SMOLKER LAW FIRM
16055 VENTURA BLVD STE 525

ENCINO, CA 91436
UNITED STATES US

SHIP
ACTWG
CAD:

BILL

TO 3RD CIRCUIT – US COURTHOUS
3RD CIRCUIT – US COURTHOUS
601 MARKET ST
RM 21400
PHILADELPHIA PA 19106
(610) 585 – 0201
INV: REF:
PO: DEPT:

A 5932 01.03

1 10:30

RT 498 FZ

US M
X

RECEIVED
JAN - 3 2023
U.S.C.A. 3rd CIR.

TRK# 0215 8162 8396 5932

TUE –
PRIORIT

XE REDA

)0004
00100

**FedEx Express** Package US Airbill

FedEx Tracking Number 8162 8396 5932

0215

**1 From**
[redacted]

Date

Sender's Name G... Phone

Company SMOLKER LAW FI

Address 16055 VENTU

Dept./Floor/Suite/Room

City ENCINO State ZIP

**2 Your Internal Billing Reference**

**3 To**
Recipient's Name Phone

Company

Address
We cannot deliver to P.O. boxes or P.O. ZIP codes. Dept./Floor/Suite/Room

Address
Use this line for the HOLD location address or for continuation of your shipping address.

City State ZIP

Hold Weekday
FedEx location address REQUIRED. NOT available for FedEx First Overnight.

Hold Saturday
FedEx location address REQUIRED. Available ONLY for FedEx Priority Overnight and FedEx 2Day to select locations.

**4 Express Package Service** *To most locations.

**Next Business Day**

- FedEx First Overnight — Earliest next business morning delivery to select locations. Friday shipments will be delivered on Monday unless Saturday Delivery is selected.
- FedEx Priority Overnight — Next business morning.* Friday shipments will be delivered on Monday unless Saturday Delivery is selected.
- FedEx Standard Overnight — Next business afternoon.* Saturday Delivery NOT available.

**2 or 3 Busines**

- FedEx 2Day A — Second business m... Saturday Delivery N...
- FedEx 2Day — Second business a... will be delivered on... Delivery is selected
- FedEx Expres — Third business day... Saturday Delivery

**5 Packaging** *Declared value limit $500.

- [x] FedEx Envelope*
- [ ] FedEx Pak*
- [ ] FedEx Box
- [ ] FedEx Tube
- [ ] Other

**6 Special Handling and Delivery Signature Options** Fees may apply. See the FedEx Service Guide.

- Saturday Delivery — NOT available for FedEx Standard Overnight, FedEx 2Day A.M., or FedEx Express Saver.
- No Signature Required — Package may be left without obtaining a signature for delivery.
- Direct Signature — Someone at recipient's address may sign for delivery.
- Indirect Signature — If no one is available at recipient's address, someone at a neighboring address may sign for delivery. For residential deliveries only.

**Does this shipment contain dangerous goods?**
One box must be checked.

- No
- Yes — As per attached Shipper's Declaration.
- Yes — Shipper's Declaration not required.
- Dry Ice — Dry Ice, 9, UN 1845 ____ x ____ kg

Restrictions apply for dangerous goods — see the current FedEx Service Guide.

- Cargo Aircraft Only

**7 Payment** *Bill to:*

Enter FedEx Acct. No. below

Sender

Obtain recip. FedEx Acct No.

fedex.com 1.800.GoFedEx 1.800.463.3339

