# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 22-1202

In re: WR Grace & Co

(U.S. District Court No.: 1-21-cv-00460)

## ORDER

Pursuant to Fed. R. App. P. 3(a) and 3rd Cir. Misc. LAR 107.2(b), it is

ORDERED that the above-captioned case is hereby dismissed for failure to timely prosecute insofar as appellant failed to file a brief and appendix as directed. It is

FURTHER ORDERED that a certified copy of this order be issued in lieu of a formal mandate.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: May 08, 2023
CJG/cc:   Roger J. Higgins, Esq.
          Laura D. Jones, Esq.
          James E. O'Neill III, Esq.
          Gary Smolker

**A True Copy:**

Patricia S. Dodszuweit, Clerk
Certified Order Issued in Lieu of Mandate